The Court of Appeals is now in session. Thank you. The Court of Appeals. My name is Rochelle Selvig, and I represent the College of Insurance. There are two general issues before the Court of Appeals. The first is can a vulnerable person sue the Insurance Commission after Oregon revised Section 124.110 for backdate denial and delay of benefit to each vulnerable person in the trial? The second general issue is can the trial court accuse discretion in swiping the bond matching allocations before a class discovery was allowed? You need an attestation to be able to do that swiping the bond allocations. So the jurisdiction of defense has argued that jurisdictions are now fall under only USC 1292, but the court here has jurisdiction because a review has been requested under Section 129.11. It's a parallel civil procedure 54B, and usually it's referenced by the budget of the Minority Police Officer Association for Southwestern Indiana. 54B actually requires only the district judge's certification. So, in fact, if you're looking at a class discovery, you want to be able to come up with an attestation. Correct. And the distinction here, though, is that this is not a denial of class class certification on the merits. The very narrowly grounded issue here is whether the district court accused discretion in swiping the bond matching allocations before a class discovery was allowed. I'm not sure if you agree or disagree with that issue. Well, that issue is because it's a final determination. My question is simple. It's a simple question. There's many jurors. What's the cost? Well, some of the jurors did specifically state that a denial of class discovery before a class discovery was allowed. So, there's a question of the narrow. So, you have two jurors. You have a jurisdiction over this issue under which four jurors can vote. When you talk to jurisdictions, you create a mismatch. What do you all get in response to this 54B match period? What are your thoughts on that, specifically? Well, I mean, if the court would prefer to take jurisdiction under a class right to be allowed, that would be a step. The court needs to work on that. Well, I think the judge's opinion does describe all of the questions that are in this case called 92B. But, I mean, the real distinction here is that there were a lot of jurisdictions that did not consider the class violations of the marriage because the middle is different and what's happening. And so, that's a distinct issue between whether or not the judge would look at that according to the jurisdiction in order to allow discovery in that case. It would. In this case, it's 64B. Well, in this case, we've got 64B where the state has a lot of stories to tell. We don't have a number of stories to tell. It's not always the same for everyone. Well, that's what the form, the district forms are. You can find it in the final judgment of the 54B rule sometimes. The way that it was crafted is to suggest that the police report in their own look at whether or not discovery is an important story in the jurisdiction. How important is the case to the jurisdiction? No, it's not. It's not. It's in the history of the law. Why? Because it can occur if there are cases in which there will be a law for withholding documents from the plaintiffs. Correct. I'm going to throw this question to everybody. Yes. So, I want to understand how this case is going to be handled. For example, I believe those applications are in this section. I'm going to leave that section open for discussion. And the problem with your license to prosecute will tell you that you actually benefit both under the insurance policy system or the court system. And you must also practice just making any arguments about the law for withholding insurance payments. Correct. So, if you can see that it's all about the policy system, the answer to my question is that the insurance benefits, that's a policy belonging to an insurer. Is that required by Statute 12-124-110? Well, particularly instructive is the case of Hopper and P. Davis in that the case was answered, but somewhat acknowledged as security. In that case, a vulnerable plaintiff entrusted money to investor defendants. Wouldn't the problem is that the investor defendants would get them in return for a profit that was larger than any insurance. Under the Hopper insurance system, the property needs to belong to a vulnerable person, and also it must be acquired from them. And so I'm having a little trouble understanding exactly how that fits because if the plaintiffs, and you're not arguing with the plaintiffs, so how does that work? Well, in the Oregon Court of Appeals against Hopper, what they decided is that the investor defendants do violate the financial elder abuse statute. But they found that the investor defendants were liable not only for the initial most vulnerable plaintiff's investment, but they were also liable for the profits that were promised to the vulnerable plaintiff under the contract. And so it wasn't part of the actual profit that was promised to the plaintiff, or that was not money that was acquired from them, but it's in the statute itself. Well, the statute itself, particularly ORS 124110 sub 1, sub 8, sub 8, states that ownership, forms, and sole of those was acquired. And so we believe that the district court there, it was instructed that the money had to be acquired directly from the plaintiff. For security reasons, there is a Hopper, the Oregon Court of Appeals ruled that money was promised to defendants, if it's a vulnerable plaintiff's under a contract, without being that it will violate the financial elder abuse statute. The Hopper sent out a file, and I can cite, and tried to argue that they belonged to the vulnerable person, but how did they get acquired from them? And that's how this fits into the acquired from them, because it isn't that the statute was provisionally acquired from them. Something that is diminished in the Board of Education, similar to our own statute, but which could have been a retention of property belonging to an elder person. I'm just trying to see if there's any allegation in that the plaintiff should get the property in place. It would seem to return most of the property acquired from them. Well, I think that's what Hopper particularly addressed, because the money belongs to vulnerable plaintiffs, and that means that there was a contractual obligation by the investor and defendants to provide that money. So the money did not necessarily leak out of them. It didn't leak out of vulnerable plaintiffs. In the first place, the money was promised to them. Therefore, that money belongs to them. And that's how they acquired it. Hopper usually uses terms that suggest that money being returned. If you look back in Kelsey Roberts' view earlier, she was very much talking about the right to the return of their funds. And the right to the return, first of all, can the funds include the interest that they've borrowed, and so forth, and so forth, and so on, and so on, and so on. In summarizing, I think that Hopper makes the point that this is a theory, but in the discussion, in defining the elements, not just the script, but in defining the actual evidence in that way, I think Hopper needs to be able to say, I think your best analogy is to a couple of cases in which Hopper has established that some sort of property interest is created under the terms And so, therefore, it's not just opinions. I think I said that the parties need to be able to come to a consensus on what's true and what's not. And so, I think Hopper needs to be able to support that belief. Of course, Hopper, again, he's a person who works a lot in relation to what needs to be understood, and it's a law. So, you're saying there's a sort of urgency problem. The whole point is that the theory is all about seeing what's actually true and what's not. And, of course, I think you should support it. It's pretty cool. All right. No other comments? No. I'm sorry. I make no sense. There's no like, I don't know what you are, or what your goal or goals are in regards to seeing what needs to actually be explored in relation to what you can understand about real human impact. Second, where is your allegation? The allegation is that these are benefits to which insurers are entitled. And in California, the courts have decided that once those benefits are, once insurers are entitled to the benefits, that becomes a property of the insurer. And so, if an insurer, in that case, fails to meet the specific insured age, who's actually entitled to it, and part of the consideration for that is that they've incurred the policy for at least four numbers of years so that they will receive the benefits, but they should receive the compensation just like what they want. It's been shown that we do not have jurisdiction to hear each other's allegations. You have a personal role that you're supposed to have to know that. And given that, I don't want to go over it on its own. It's been shown that we don't have jurisdiction to hear each other's allegations. I'm used to only speaking to allegations that I've been sworn for. We are specifically, if you decide that there is not jurisdiction to discuss the possible allegations, there is still jurisdiction to decide whether or not insurance companies can receive the financial benefits. And if that is a question that could be decided here, I would call this court for it to be certified to the Oregon Supreme Court. I would like to reserve my remaining minutes for questions. Alright, Question 7. I have a question for Hert. If you could expand on Alometh's decision touenile,    I'd like the court to say any information in this case, your institution, or if there was any mistake or inconsistencies, I'd like all of the individuals visualized then to clarify any objects of conflicts. T.E. A.A., C.T., The Court has now received a ruling of resentment. The decision is now in the District Court. The Court of District Court remains in contact with the House of Representatives. The bodies of these individuals have been issued. The Court has received a discussion notice from the Court of the District Court to the House of Representatives on these issues. Of course, the defense of the case is that the owner of each statutory contribution was sworn or not sworn at any one of the cases in the Court of the District Court. While there is a case on 10 cases that were held under the owner of each statutory and three cases that were held on the basis of the law and state law, there were a couple of each contract free, which is why I think the plaintiffs, subject to the appeal of the defendant, should be released free. I'm not offering any money to the plaintiffs. The case is now in the District Court. The Court has received a discussion notice from the District Court. The Court of the District Court  with the House of Representatives on these issues. Of course, the case is now in the District Court. The Court of the District Court remains in contact with the subject matter association under Article 51 that calls for the discovery of these three aspects for the use of the legal practice and processes between the individual jurors. The only issue we want to discuss actually for us is how much of a whether technically and correctly the efficiency or structure of satisfiability can be used for the applicants. In reality, criminality predominates priority issues. While the city is meant to tackle much of the entire subject matter, there is no possible basis which is why the plaintiffs should decide if the case is in support of their argument with the District Court on an impartial basis which is the truth over its self-disclosure decisions. Whether that truth is forbidden or not, I do not have any interest in the case itself. I'm interested in the case itself and the other questions that are important to the District Court. The District Court is a couple of places in the United States where we have a couple of places where there are concerns about   of individuals and their rights. The District Court is an example of that. The need for the property of a foreigner, a vulnerable person, has to be held or controlled by the District Court. The District Court is a place where individuals  their rights are held. The District Court is a place where individuals are held. The District Court is             a place     are held. The  Court is a place where individuals their rights are held. The District Court is a place where individuals their rights are held.   is a place   their rights are held. The Court
judges: Clifton, Murguia, Nguyen